**STATE of Missouri, Respondent,**

v.

**Jerry L. SPENCER, Appellant.**

**No. WD 73241.**

Missouri Court of Appeals,
Western District.

Jan. 17, 2012.

Matthew Ward, Columbia, MO, for Appellant.

Daniel McPherson, Jefferson City, MO, for Respondent.

Before ALOK AHUJA, P.J., THOMAS H. NEWTON, and JAMES EDWARD WELSH, JJ.

**ORDER**

PER CURIAM:

Jerry L. Spencer appeals the circuit court's judgment convicting him, after a

jury trial, of two counts of driving while intoxicated. We affirm. Rule 30.25(b).